USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN SAWYER PRESTON, BRIAN ORENSTEIN and JORGE DEYARZA,

           Plaintiffs,

v.

FT 17 LLC d/b/a VELOCE CLUB, FT 7th AVENUE LLC d/b/a BAR VELOCE CHELSEA, FT Café LLC BAR CARRERA EAST VILLAGE, FT 245 CORP. d/b/a BAR VELOCE EAST VILLAGE, GIULIETTA MANAGEMENT CORP., FTTCCM LLC d/b/a VELOCE PIZZERIA, WEST HOUSTON MACDOUGAL LLC d/b/a BAR CARRERA GREENWICH VILLAGE, and FREDERICK TWOMEY,

           Defendants.

No. 11-civ-2556 (WHP)

## [REDACTED] ORDER COMPELLING PRODUCTION OF INFORMATION FROM TIME WARNER CABLE

Good cause being shown, Defendants' application to compel the production of information from non-party Time Warner Cable is hereby granted.

**IT IS HEREBY ORDERED** that, following receipt of this Order from Defendants, Time Warner Cable produce to Defendants and/or their counsel "Account Identifying Information" for:

1.    IP Address 184.74.199.84, which was in use on July 12, 2012 at 11:10 a.m. (Eastern Standard Time zone);

2.    IP Address 184.74.199.84, which was in use on July 12, 2012 at 11:27 a.m. (Eastern Standard Time zone);

3.    IP Address 184.74.199.84, which was in use on July 12, 2012 at 11:41 a.m. (Eastern Standard Time zone);

4.  IP Address 184.74.199.84, which was in use on July 12, 2012 at 11:58 a.m. (Eastern Standard Time zone);

5.  IP Address 184.74.199.84, which was in use on July 12, 2012 at 12:36 p.m. (Eastern Standard Time zone);

6.  IP Address 184.74.199.84, which was in use on July 12, 2012 at 12:37 p.m. (Eastern Standard Time zone);

7.  IP Address 184.74.199.84, which was in use on August 10, 2012 at 4:20 p.m. (Eastern Standard Time zone);

8.  IP Address 184.74.199.84, which was in use on August 10, 2012 at 4:24 p.m. (Eastern Standard Time zone);

9.  IP Address 184.74.199.84, which was in use on August 10, 2012 at 4:25 p.m. (Eastern Standard Time zone); and

10. IP Address 184.74.199.84, which was in use on August 16, 2012 at 11:19 a.m. (Eastern Standard Time zone).

The term "Account Identifying Information" refers to and includes the name, contact information, physical address, telephone number, fax number, email address(es), and other electronically stored information that may potentially identify the person and/or entity subscribing to Time Warner Cable high-speed data/internet services.

Dated: New York, New York
       October 2    , 2012

SO ORDERED: _____
William H. Pauley III
U.S.D.J.