UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                                      :
JOHN SAWYER PRESTON, BRIAN
ORENSTEIN, AND JORGE DEYARZA,        :

             Plaintiffs,               :         11 Civ. 2556 (WHP)

             -against-                 :         ORDER

FT 17 LLC d/b/a VELOCE CLUB, et al.,   :

             Defendants.               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        For the reasons set forth on the record on February 6, 2013, Plaintiffs' motion for

summary judgment is granted in part and denied in part, and Defendants' motion for summary

judgment is denied.  The Clerk of Court is directed to terminate the motions pending at ECF

No.'s 47 and 53.

Dated: February 6, 2013
      New York, New York

                        SO ORDERED:

                        _____
                        WILLIAM H. PAULEY III
                           U.S.D.J.

-2-

*Counsel of Record:*

Daniel M. Kirschenbaum, Esq.
Joseph, Herzfeld, Hester, & Kirschenbaum
233 Broadway, 5th Floor
New York, NY 10017
*Counsel for Plaintiffs*

Kristine A. Sova, Esq.
Law Offices of Kristine A. Sova
411 Lafayette Street, 6th Floor
New York, NY 10003
*Counsel for Defendants*