USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                          :
JOHN SAWYER PRESTON, BRIAN
ORENSTEIN, AND JORGE DEYARZA,   :

            Plaintiffs,                      :     11 Civ. 2556 (WHP)

           -against-                          :     ORDER

FT 17 LLC d/b/a VELOCE CLUB, et al.,   :

           Defendants.                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

      This FLSA and New York Labor Law action was scheduled for jury selection and trial on February 11, 2013 at 10:00 a.m. Shortly before the start of jury selection, the parties and their counsel advised this Court that they reached a settlement of this matter over the weekend. Counsel for the parties described the terms of the wage and hour settlement on the record in open court. Having considered the terms of the settlement and this Court's prior rulings on the summary judgment motions, this Court finds that the aggregate settlement amount, including costs and a reasonable attorney's fee, is fair and adequate. Accordingly, this Court approves the settlement as set forth on the record. The Clerk of Court is directed to mark this case closed.

Dated: February 11, 2013
       New York, New York

                                       SO ORDERED:

                                       WILLIAM H. PAULEY III
                                             U.S.D.J.

-2-

*Counsel of Record:*

Daniel M. Kirschenbaum, Esq.
Joseph, Herzfeld, Hester, & Kirschenbaum
233 Broadway, 5th Floor
New York, NY 10017
*Counsel for Plaintiffs*

Kristine A. Sova, Esq.
Law Offices of Kristine A. Sova
411 Lafayette Street, 6th Floor
New York, NY 10003
*Counsel for Defendants*